**SO ORDERED.**

**DONE and SIGNED June 1, 2021.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case Number: 20-30681 |
| Karcredit, L.L.C.<br>  Debtor | § § § | Chapter 7 |
| _____ | § | |
| Cross Keys Bank<br>  Plaintiff | § § | Adversary Proceeding |
| vs. | § § | Case No. 20AP-03011 |
| Ronnie D. Ward, et al<br>  Defendants | § § § | |

### Order

Before the court is a motion for judgment jointly filed by Cross Keys Bank and Caldwell Bank & Trust Company as docket no. 195. For reasons stated in this court's Memorandum Ruling,

**IT IS ORDERED** that the motion for summary judgment (docket no. 195) is hereby **GRANTED.**

### ###