**SO ORDERED.**

**DONE and SIGNED June 2, 2021.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 20-30681 |
| | § | |
| Karcredit, L.L.C. | § | Chapter 7 |
|   Debtor | § | |
| _____ | § | |
| Cross Keys Bank | § | |
|   Plaintiff | § | Adversary Proceeding |
| | § | |
| vs. | § | Case No. 20AP-03011 |
| | § | |
| Ronnie D. Ward, et al | § | |
|   Defendants | | |

### Order

On June 2, 2021, this court held a hearing on its own motion (docket no. 222) pursuant to Fed. R. Bankr. P. 7016(b) to decide whether to hear and determine the proceeding, issue proposed findings of fact and conclusions of law, or take some other action. For reasons stated in the Memorandum Ruling,

**IT IS ORDERED** that this court will hear and determine this proceeding and enter a final judgment upon its disposition, as authorized by 28 U.S.C. § 157 and Fed. R. Bankr. P. 7016(b)(1).

###