**SO ORDERED.**

**DONE and SIGNED June 7, 2021.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case Number: 20-30681 |
| Karcredit, L.L.C. | § | Chapter 7 |
|   Debtor | § § | |
| _____ | § | |
| Cross Keys Bank | § | |
|   Plaintiff | § | Adversary Proceeding |
| | § | |
| vs. | § | Case No. 20AP-03011 |
| | § | |
| Ronnie D. Ward, et al | § | |
|   Defendants | § | |

### Final Judgment

The court having:

a. entered an order (docket no. 89) which dismissed, with prejudice, all claims against Ellis Blount;

b. entered a consent judgment (docket no. 144) which granted the motion for summary judgment (docket no. 110) filed by Caldwell Bank & Trust

Company against Ronnie D. Ward and Ward Chevrolet-Olds, Inc.;

c. entered an order (docket no. 178), which granted in part and denied in part the motion for partial summary judgment (docket no. 156) filed by Cross Keys Bank against Karcredit, LLC, Ronnie D. Ward, Sharon D. Ward, KarProperties, a Louisiana general partnership, JDB of Monroe, Inc., Keith Winston Albritton and Ruth Crain Albritton;

d. entered a consent judgment (docket no. 211) which granted the joint motion for entry of consent judgment (docket no. 193) filed by Caldwell Bank & Trust Company and Cross Keys Bank;

e. entered an order (docket no. 210) which denied a motion to set aside entries of default (docket no. 205) filed by Homeland Bancshares, Inc.;

f. entered an order (docket no. 221) which granted the motion for summary judgment (docket no. 195) filed jointly by Caldwell Bank & Trust Company and Cross Keys Bank against Homeland Bancshares, Inc.;

g. entered an order (docket no. 224) which declared that this court will "hear and determine the proceeding" and enter a final judgment as authorized by 28 U.S.C. § 157 and Fed. R. Bankr. P. 7016(b)(1); and

h. determined, upon statements made by the parties' counsel, that the parties desire to dismiss all remaining claims which have not otherwise been adjudicated by this court, withdrawn or waived.

Now therefore, the court issues this final judgment adjudicating all the claims and all the parties' rights and liabilities at issue in this proceeding.

Accordingly, **IT IS ORDERED** that Judgment is hereby rendered:

1. in favor of Caldwell Bank & Trust Company against Ward Chevrolet-Olds, Inc. and Ronnie D. Ward, *in solido*, awarding Caldwell Bank & Trust Company all amounts owed under a promissory note and guaranty agreement of $442,348.15, consisting of (a) $354,331.42 in principal, (b) $1,407.83 in interest accrued through December 31, 2020, (c) collection costs of $1,420.40, and (d) attorney's fees of $85,188.50, (e) with additional interest continuing to accrue after December 31, 2020 on the total amount owed at the rate of 4.0% per annum;

2. in favor of Cross Keys Bank against Karcredit, LLC for $3,054,122.18, which is the amount stated in Cross Keys Bank's proof of claim filed in bankruptcy case no. 20-30681;

3. in favor of Cross Keys Bank against Ronnie D. Ward, Sharon D. Ward, KarProperties, a Louisiana general partnership, JDB of Monroe, Inc., Keith Winston Albritton and Ruth Crain Albritton, *in solido*, in the amount of $3,054,122.18 as of July 17, 2020, plus interest at the default rate of 21.0% per annum from and after July 18, 2020, until paid in full;

4. in favor of Cross Keys Bank against Ronnie D. Ward recognizing that Cross Keys Bank holds a valid and effective first ranking security interest in: (a) 3,175 shares of stock in Homeland Bancshares, Inc., represented by Homeland Certificate No. 495 and (b) that certain term life insurance policy, Policy No. 42947849, in the amount of $3,000,000.00 issued by

Transamerica Life Insurance Company on Ronnie D. Ward's life, and any and all proceeds therefrom, both of which secure the amount owed to Cross Keys Bank under paragraph 2 of this judgment by Karcredit, LLC and the amount owed to Cross Keys Bank under paragraph 3 of this judgment by Ronnie D. Ward, Sharon D. Ward, KarProperties, a Louisiana general partnership, JDB of Monroe, Inc., Keith Winston Albritton and Ruth Crain Albritton, *in solido*;

5. in favor of Cross Keys Bank recognizing that it has a first ranking, valid and perfected security interest in 3,175 shares of stock of Homeland Bancshares, Inc. represented by Homeland Bancshares, Inc. Certificate No. 495 dated November 21, 2011, issued to Ronnie D. Ward;

6. in favor of Caldwell Bank & Trust Company recognizing that it has a second ranking, valid and perfected security interest in 3,175 shares of stock of Homeland Bancshares, Inc. represented by Homeland Bancshares, Inc. Certificate No. 495 dated November 21, 2011, issued to Ronnie D. Ward;

7. in favor of Caldwell Bank & Trust Company against Homeland Bancshares, Inc. in the amount of $450,088.39, plus interest at 4.0% per annum from and after April 27, 2021;

8. in favor of Cross Keys Banks dismissing, *with prejudice*, all claims, counterclaims and reconventional demands asserted against it by any party;

9. declaring that Caldwell Bank & Trust Company and Cross Keys Bank must bear their own court costs, expenses, and attorneys' fees, except as otherwise set forth in previous judgments or orders of the Court and except the amount of the prepetition attorney's fees and expenses included as part of the amounts due under paragraphs 2 and 3 of this judgment; and

10. dismissing, *with prejudice*, all other pending claims in this proceeding asserted by any party.

###